UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIQ MCCRACKEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF INYO, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00165-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 12) |

Pending before the Court is the parties' stipulated request to extend time for Defendants County of Inyo and John Bartlett to file their responsive pleadings to the complaint. (Doc. 12).

In light of the stipulation, IT IS HEREBY ORDERED Defendants County of Inyo and John Bartlett shall have until **April 11, 2025**, to file their responsive pleadings to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **March 7, 2025**                              _____
                                                                      UNITED STATES MAGISTRATE JUDGE